United States District Court
Southern District of Texas
**ENTERED**
June 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GEORGII AZANOVSKII, § <br> A #243151220 § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> WARDEN, Joe Corley Processing § <br> Center, § <br> § <br> Respondent. § | CIVIL ACTION NO. H-25-2205 |

## MEMORANDUM ON DISMISSAL

The petitioner, Georgii Azanovskii, is currently detained on immigration charges at the Joe Corley Processing Center. Azanovskii filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. Azanovskii has now filed a letter stating that he wants to voluntarily dismiss his case. (*See* Docket Entry No. 5).

A petitioner may voluntarily dismiss an action without court order by filing a notice of dismissal before service of an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i); *see also* Rules 1 and 12, Rules Governing Section 2254 Cases (explaining that the Federal Rules of Civil Procedure may be applied to § 2241 cases). Azanovskii's petition remains subject to judicial screening and the court has not yet requested an answer from the respondent. Although a notice of dismissal under Rule 41(a)(1)(A)(i) is "immediately self-effectuating," *Qureshi v. United States*, 600 F.3d 523, 525 (5th Cir. 2010), the court will nonetheless grant Azanovskii's letter motion requesting dismissal of his case for purposes of clear record maintenance.

It is therefore ordered that Azanovskii's letter motion is granted and this action is dismissed without prejudice pursuant to Azanovskii's notice of voluntary dismissal.

SIGNED on June 23, 2025, at Houston, Texas.

*Lee H. Rosenthal*
Lee H. Rosenthal
Senior United States District Judge