United States District Court
Southern District of Texas
**ENTERED**
June 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GEORGII AZANOVSKII, A #243151220, Petitioner, v. WARDEN, Joe Corley Processing Center, Respondent. | CIVIL ACTION NO. H-25-2205 |

## ORDER OF DISMISSAL

For the reasons set out in this court's Memorandum on Dismissal entered this date, this civil action is dismissed without prejudice.

SIGNED on June 23, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge